UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

CONGREGATION BIRCHOS YOSEF

                Debtor.
------------------------------------------------------------------x
CONGREGATION BIRCHOS YOSEF,

                Plaintiff,
v.


YESHIVA OHR TORAH,

                Defendant.
------------------------------------------------------------------x

Chapter 11
Case No. 15-22254 (RDD)

Adv. Pro. No. 15-08219 (RDD)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, pursuant to the arbitration agreement between the parties and the Federal Arbitration Act, and upon the accompanying Memorandum of Law and the Declaration of JOSEPH A. CHURGIN, ESQ, dated April 23, 2015, Defendant Yeshiva Ohr Torah will move this Court on the 9th day of **June, 2015**, at **10:00** in the forenoon, before the Hon. Robert D. Drain, USBJ, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, in **Room 118**, for an order compelling arbitration and staying these proceedings.

Dated: Nanuet, New York
       April 24, 2015

                                            _/s/ Joseph A. Churgin_
                                            JOSEPH A. CHURGIN, ESQ. (JC 6854)
                                            Savad|Churgin
                                            Attorneys for Defendants Yeshiva Ohr Torah
                                            55 Old Turnpike Road, Suite 209
                                            Nanuet, New York 10954
                                            (845) 624-3820
                                            j.churgin@savadchurgin.com

To:    Douglas J. Pick, Esq.
          Pick & Zablicki LLP
          Attorney for Plaintiff
          Congregation Birchos Yosef
          369 Lexington Avenue
          New York, New York 10017
          dpick@picklaw.net